PETER C. BUCKELEW, PLAINTIFF-RESPONDENT, v. CITY OF NEW BRUNSWICK, DEFENDANT-APPELLANT.

Submitted February 15, 1935—Decided May 17, 1935.

For the plaintiff-respondent, *David T. Wilentz*.

For the defendant-appellant, *William F. McCloskey*.

PER CURIAM.

The judgment appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Mr. Justice Parker.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 10.

*For reversal*—HEHER, J. 1.